

IN THE
TENTH COURT OF APPEALS

No. 10-14-00112-CR

TEVIN SHERARD ELLIOTT,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-1543-C2

ORDER

Tevin Sherard Elliott was convicted of two counts of sexual assault. *See* TEX. PENAL CODE ANN. § 22.011 (West 2011). The State's brief in this appeal was originally due on October 22, 2014. The State has requested and been granted three extensions of time to file its brief. It has now filed a fourth motion for extension of time to file its brief.

The State's motion is denied. Its brief is ORDERED to be filed no later than 5:00 p.m. on February 12, 2015.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed January 29, 2015

